UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST MANHATTAN CO., | Civil Action No. 2:18-cv-02291-MCA-LDW |
| Plaintiff, | ECF Case |
| | Document Electronically Filed |
| v. | |
| PERRIGO COMPANY PLC, *et al.*, | |
| Defendants. | |

**STIPULATION AND [PROPOSED] ORDER**

Plaintiff First Manhattan Co. ("Plaintiff") and Defendants Perrigo Company plc ("Perrigo"), Joseph Papa, Judy Brown, and Marc Coucke (collectively, "Defendants"), through their undersigned counsel, hereby agree and stipulate to the following matters:

WHEREAS, on February 16, 2018, Plaintiff commenced the above-captioned individual action (the "Action");

WHEREAS, the complaint in the Action involves claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofers' Pension Fund, et al. v. Perrigo Company plc, et al.*, Civ. A. No. 2:16-cv-02805-MCA-LDW (the "Class Action");

WHEREAS, on August 21, 2017, defendant Perrigo and all of the individual defendants except Coucke moved to dismiss the Amended Complaint in the Class Action, and on August 25, 2017, individual defendant Coucke moved to dismiss the Amended Complaint in the Class Action (collectively, the "Motions to Dismiss");

WHEREAS, lead plaintiff in the Class Action filed its opposition to the Motions to Dismiss, all defendants have filed their replies in further support of the Motions to Dismiss, and briefing was completed in connection with the Motions to Dismiss on November 6, 2017;

WHEREAS, on November 1, 2017, Carmignac Gestion, S.A. commenced an action captioned *Carmignac Gestion, S.A. v. Perrigo Company PLC, et al.*, Civ. A. No. 2:17-cv-10467-MCA-LDW (the "Carmignac Action");

WHEREAS, in the Carmignac Action, the parties entered into a stipulation similar to the stipulation set forth below, which was "so ordered" by the Court on December 8, 2017;

WHEREAS, on January 16, 2018, plaintiffs Manning & Napier Advisors, LLC commenced an action captioned *Manning & Napier Advisors, LLC v. Perrigo Company PLC, et al.*, Civ. A. No. 2:18-cv-00674-MCA-LDW (the "Manning Action"); and

WHEREAS, in the Manning Action, the parties entered into a stipulation similar to the stipulation set forth below, which was submitted to the Court on January 30, 2018;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. By entering into this stipulation, Defendants accept service of the summons and complaint in the Action and expressly preserve all rights, claims and defenses, including, but not limited to, all defenses relating to jurisdiction, other than a defense as to the timeliness and sufficiency of service of the summons and complaint and the form of the summons.

2. With the Court's permission, motions to dismiss the Action are not to be filed until after the disposition of the Motions to Dismiss the Class Action. For the avoidance of doubt, the parties stipulate and agree that Defendants are under no current obligation to answer

or otherwise respond to the complaint in the Action.

3. The parties stipulate and agree that no more than thirty (30) days after the Motions to Dismiss the Class Action are resolved, counsel for Plaintiff and Defendants shall confer and submit a proposed schedule for the filing of answers or other responses to the complaint in the Action.

Dated: February 20, 2018

By: /s/ Christopher A. Seeger
Christopher A. Seeger

SEEGER WEISS, LLP
Christopher A. Seeger
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
(973) 639-9100
cseeger@seegerweiss.com

KESSLER TOPAZ
 MELTZER & CHECK LLP
Darren J. Check
David Kessler
Matthew L. Mustokoff
Michelle M. Newcomer
Margaret E. Mazzeo
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
(610) 667-7706

*Attorneys for Plaintiff
First Manhattan Co.*

By: /s/ Alan S. Naar
Alan S. Naar

GREENBAUM, ROWE, SMITH
 & DAVIS LLP
Alan S. Naar
99 Wood Avenue South
Iselin, NJ 08830
(732) 476-2530
anaar@greenbaumlaw.com

FRIED, FRANK, HARRIS, SHRIVER
 & JACOBSON LLP
James D. Wareham (*pro hac vice application to be filed*)
James E. Anklam (*pro hac vice application to be filed*)
801 17th Street, NW
Washington, DC 20006
(202) 639-7000
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice application to be filed*)
One New York Plaza
New York, NY 10004
(212) 859-8000
samuel.groner@friedfrank.com

*Attorneys for Defendant
Perrigo Company plc*

Dated:  February 20, 2018                By:  /s/ Marshall R. King
                                              Marshall R. King

                                         GIBSON, DUNN & CRUTCHER LLP
                                         Reed Brodsky (*pro hac vice application to be filed*)
                                         Aric H. Wu (*pro hac vice application to be filed*)
                                         Marshall R. King
                                         200 Park Ave
                                         New York, NY 10166
                                         (212) 351-4000
                                         rbrodsky@gibsondunn.com
                                         awu@gibsondunn.com
                                         mking@gibsondunn.com

                                         *Attorneys for Defendant Joseph Papa*

Dated:  February 20, 2018                By:  /s/ Brian T. Brawley
                                              Brian T. Frawley

                                         SULLIVAN & CROMWELL LLP
                                         John L. Hardiman (*pro hac vice application to be filed*)
                                         Brian T. Frawley
                                         Michael P. Devlin (*pro hac vice application to be filed*)
                                         125 Broad Street
                                         New York, NY 10004
                                         (202) 558-4000
                                         hardimanj@sullcrom.com
                                         frawleyb@sullcrom.com
                                         devlinm@sullcrom.com

                                         *Attorneys for Defendant Judy Brown*

Dated:  February 20, 2018                By:  /s/ Steven W. Shuldman
                                              Steven W. Shuldman

                                         WILMER CUTLER PICKERING HALE AND
                                           DOOR LLP
                                         Steven W. Shuldman
                                         Michael G. Bongiorno (*pro hac vice application to be filed*)
                                         7 World Trade Center
                                         250 Greenwich Street

New York, NY 1007
(212) 230-8800
steven.shuldman@wilmerhale.com
michael.bongiorno@wilmerhale.com

Peter J. Kolovos (*pro hac vice application to be filed*)
Alexandra C. Boudreau (*pro hac vice application to be filed*)
Ivan Panchenko (*pro hac vice application to be filed*)
60 State Street
Boston, MA 02109
(617) 526-6000
peter.kolovos@wilmerhale.com
alexandra.boudreau@wilmerhale.com
ivan.panchenko@wilmerhale.com

*Attorneys for Defendant Marc Coucke*

SO ORDERED THIS 21st DAY OF February, 2018

_____
Leda D. Wettre, USMJ
Hon. ~~Madeline Cox Arleo~~
United States ~~District~~ Judge

5

15857673