# Greenbaum Rowe Smith & Davis LLP

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ 07095-0988
(732) 549-5600     FAX (732) 549-1881
DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ 08830-2712
INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

August 27, 2018

<u>*VIA ECF*</u>

Hon. Leda Dunn Wettre, U.S.M.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2A
Newark, NJ  07102

      Re:    **Carmignac Gestion, S.A. v. Perrigo Company plc, et als**
              Civil Action No. 2:17-cv-10467

              **First Manhattan Co. v. Perrigo Company plc, et als**
              Civil Action No. 2:18-cv-2291

              **Manning & Napier Advisors, LLC v. Perrigo Company plc, et als.**
              Civil Action No. 2:18-cv-674

Dear Judge Wettre:

      This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc in the above-referenced cases.  We write jointly on behalf of all parties in each of the above-referenced cases in regard to the Stipulations that were agreed to by the parties and Ordered by the Court as set forth in Docket Entry 11, in Civil Action 2:17-cv-10467; Docket Entry 6, in Civil Action 2:18-cv-2291; and Docket Entry 8, in Civil Action 2:18-cv-674.

      Each of the aforesaid Stipulations and Orders (at paragraph 3) requires counsel for the parties in each action to confer and submit a proposed schedule for filing of answers or other responses to the complaint thirty (30) days after resolution of the motions to dismiss in the related class action pending before the Court (*Roofers' Pension Fund v. Papa and Perrigo Company plc,* No. 2:16-cv-2805 (MCA)(LDW)), i.e. on or before August 27, 2018.



Hon. Leda Dunn Wettre, U.S.M.J.
August 27, 2018
Page 2

  Enclosed is a Stipulation and Proposed Order that has been agreed to by all parties in each of the above-referenced cases that sets forth a schedule for defendants to move, answer or otherwise respond to the complaint in each of the aforesaid cases and, in the event that any defendant moves to dismiss any complaint, a briefing schedule that has been agreed upon by all parties.

  If the Stipulation and Proposed Order meets with Your Honor's approval, we request that you enter same and have it filed in each of the above-referenced cases.

  Thank you for your time and consideration.

Respectfully submitted,

Alan S. Naar

ASN:cd
cc: All counsel of record (*via ECF*)