UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A., )<br><br>Plaintiffs, )<br><br>v. )<br><br>PERRIGO COMPANY PLC, JOSEPH C.<br>PAPA, JUDY L. BROWN, AND MARC<br>COUCKE, )<br><br>Defendants. ) | ECF Case<br>Document Electronically Filed<br><br><br>Civil Action No. 2:17-CV-10467-MCA-LDW |
| FIRST MANHATTAN CO., )<br><br>Plaintiffs, )<br><br>v. )<br><br>PERRIGO COMPANY PLC, JOSEPH C.<br>PAPA, JUDY L. BROWN, AND MARC<br>COUCKE, )<br><br>Defendants. ) | Civil Action No. 2:18-CV-02291-MCA-LDW |
| MANNING & NAPIER ADVISORS, LLC, )<br><br>Plaintiffs, )<br><br>v. )<br><br>PERRIGO COMPANY PLC, JOSEPH C.<br>PAPA, JUDY L. BROWN, AND MARC<br>COUCKE, )<br><br>Defendants. ) | Civil Action No. 2:18-CV-00674-MCA-LDW |

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the complaints in the above-captioned individual actions (the "Individual Actions") involve claims, allegations, and parties that significantly overlap with the claims, allegations, and parties described in the June 21, 2017 Amended Complaint for Violation of the Federal Securities Laws (the "Amended Complaint") in *Roofer's Pension Fund v. Papa, et al.*, No. 2:16-cv-2805-MCA-LDW (the "Consolidated Class Action");

WHEREAS, on August 21, 2017, defendant Perrigo Company plc ("Perrigo") and all of the individual defendants in the Consolidated Class Action except Marc Coucke moved to dismiss the Amended Complaint in the Consolidated Class Action, and on August 25, 2017, individual defendant Coucke moved to dismiss the Amended Complaint in the Consolidated Class Action (collectively, the "Motions to Dismiss") and briefing was completed in connection with the Motions to Dismiss on November 6, 2017;

WHEREAS, plaintiffs in the Individual Actions filed complaints on the following dates: November 1, 2017 (No. 2:17-CV-10467-MCA-LDW); January 16, 2018 (No. 2:18-CV-00674-MCA-LDW); and February 16, 2018 (No. 2:18-CV-02291-MCA-LDW);

WHEREAS, plaintiffs in the Individual Actions and defendants Perrigo, Joseph C. Papa, Judy L. Brown, and Coucke stipulated and agreed on the following dates that they would confer and submit a proposed schedule for the filing of answers or other responses to the Individual Actions no more than thirty (30) days after the Court in the Consolidated Class Action issued an opinion on the Motions to Dismiss:  November 30, 2017 (No. 2:17-CV-10467-MCA-LDW); January 30, 2018 (No. 2:18-CV-00674-MCA-LDW); and February 20, 2018 (No. 2:18-CV-02291-MCA-LDW);

WHEREAS, the Court in each of the Individual Actions agreed and so-ordered the

2

above-referenced stipulations as filed on the following dates:  December 8, 2017 (No. 2:17-CV-

10467-MCA-LDW); February 15, 2018 (No. 2:18-CV-00674-MCA-LDW); and February 21,

2018 (No. 2:18-CV-02291-MCA-LDW);

WHEREAS, on July 27, 2018, the Court in the Consolidated Class Action issued an

opinion granting in part and denying in part the Motions to Dismiss (2018 WL 3601229) as

follows:

> (a)   The Court dismissed without prejudice all the claims asserted in the
>        Amended Complaint against defendant Coucke;
>
> (b)   The Court dismissed some, but not all, of the claims asserted in the
>        Amended Complaint against defendants Perrigo, Papa and Brown;

WHEREAS, on August 9, 2018, plaintiffs in the Consolidated Class Action and

defendants Perrigo, Papa and Brown stipulated and agreed that their answer to the Amended

Complaint is due on September 7, 2018, and the Court so-ordered that stipulation on August 10,

2018;

WHEREAS, the plaintiffs in the Individual Actions do not intend to further amend their

complaints at this time; and

WHEREAS, after conferring, the parties hereto believe the below schedule is fair and

reasonable.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties

hereto, through their undersigned counsel, as follows:

1.   Defendants Perrigo, Papa, and Brown shall move, answer, or otherwise respond to

the complaints in the Individual Actions on or before November 6, 2018; and

2.   In the event that any defendant moves to dismiss any complaint in the Individual

3

Actions:

> (a)   Plaintiffs in the Individual Actions shall have until January 7, 2019 to serve opposition papers; and
>
> (b)   Defendants shall have until February 6, 2019 to serve reply papers in further support of their motion(s) to dismiss.

Dated:  August 27, 2018

| | |
|---|---|
| **SEEGER WEISS, LLP** | **GREENBAUM ROWE SMITH & DAVIS LLP** |
| | |
| */s/ Christopher A. Seeger* | */s/ Alan S. Naar* |
| Christopher A. Seeger | Alan S. Naar |
| 55 Challenger Road, 6th Floor | 99 Wood Avenue South |
| Ridgefield Park, NJ 07660 | Iselin, New Jersey  08830 |
| Telephone: (973) 639-9100 | Telephone: (732) 549-5600 |
| cseeger@seegerweiss.com | Facsimile: (732) 549-1881 |
| | anaar@greenbaumlaw.com |
| | |
| **KESSLER TOPAZ** | |
| **  MELTZER & CHECK LLP** | **FRIED, FRANK, HARRIS, SHRIVER &** |
| Darren J. Check | **  JACOBSON LLP** |
| David Kessler | James D. Wareham (*pro hac vice to be filed*) |
| Matthew L. Mustokoff | James E. Anklam (*pro hac vice to be filed*) |
| Michelle M. Newcomer | 801 17th Street, NW |
| Margaret E. Mazzeo | Washington DC 20006 |
| Joshua A. Materese | Telephone: (202) 639-7000 |
| 280 King of Prussia Road | Facsimile: (202) 639-7003 |
| Radnor, PA 19087 | james.wareham@friedfrank.com |
| Telephone:  (610) 667-7706 | james.anklam@friedfrank.com |
| | |
| *Attorneys for Plaintiffs in the* | Samuel P. Groner (*pro hac vice to be filed*) |
| *  Individual Actions* | One New York Plaza |
| | New York, New York  10004 |
| | Telephone: (212) 859-8000 |
| | Facsimile: (212) 859-4000 |
| | samuel.groner@friedfrank.com |
| | |
| | *Counsel for Defendant Perrigo Company plc* |

4

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice to be filed*)
Aric H. Wu (*pro hac vice to be filed*)
Marshall R. King
200 Park Avenue
New York, New York  10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ John L. Hardiman*
John L. Hardiman (*pro hac vice to be filed*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice to be filed*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*


SO ORDERED THIS __ DAY OF _____, 2018


_____
Hon. Leda D. Wettre, U.S.M.J.

5