UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FIRST MANHATTAN CO., <br><br> Plaintiff, <br><br> v. <br><br> PERRIGO COMPANY PLC, *et al.*, <br><br> Defendants. | Case No. 2:18-cv-02291-MCA-LDW <br><br> ECF Case <br> Document Electronically Filed |

**NOTICE OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(i), Plaintiff First Manhattan Co., through its undersigned counsel, hereby dismisses all claims in this action against Defendant Marc Coucke without prejudice.

Dated: August 28, 2018

*s/ Christopher A. Seeger*
Christopher A. Seeger
SEEGER WEISS LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
973-639-9100 Telephone

Matthew L. Mustokoff
KESSLER TOPAZ MELTZER & CHECK LLP
208 King of Prussia Road
Radnor, PA 19087
610-667-7706 Telephone

*Attorneys for Plaintiffs*

1

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2018, I caused a copy of the foregoing Notice of Dismissal to be served via ECF upon counsel of record.

<span style="float:right">*s/ Christopher A. Seeger*</span>