UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CARMIGNAC GESTION, S.A., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, JUDY L. BROWN, AND MARC COUCKE, <br><br> Defendants. | ECF Case <br> Document Electronically Filed <br><br><br> Civil Action No. 2:17-CV-10467-MCA-LDW |
| FIRST MANHATTAN CO., <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, JUDY L. BROWN, AND MARC COUCKE, <br><br> Defendants. | Civil Action No. 2:18-CV-02291-MCA-LDW |
| MANNING & NAPIER ADVISORS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> PERRIGO COMPANY PLC, JOSEPH C. PAPA, JUDY L. BROWN, AND MARC COUCKE, <br><br> Defendants. | Civil Action No. 2:18-CV-00674-MCA-LDW |

above-referenced stipulations as filed on the following dates: December 8, 2017 (No. 2:17-CV-10467-MCA-LDW); February 15, 2018 (No. 2:18-CV-00674-MCA-LDW); and February 21, 2018 (No. 2:18-CV-02291-MCA-LDW);

WHEREAS, on July 27, 2018, the Court in the Consolidated Class Action issued an opinion granting in part and denying in part the Motions to Dismiss (2018 WL 3601229) as follows:

(a) The Court dismissed without prejudice all the claims asserted in the Amended Complaint against defendant Coucke;

(b) The Court dismissed some, but not all, of the claims asserted in the Amended Complaint against defendants Perrigo, Papa and Brown;

WHEREAS, on August 9, 2018, plaintiffs in the Consolidated Class Action and defendants Perrigo, Papa and Brown stipulated and agreed that their answer to the Amended Complaint is due on September 7, 2018, and the Court so-ordered that stipulation on August 10, 2018;

WHEREAS, the plaintiffs in the Individual Actions do not intend to further amend their complaints at this time; and

WHEREAS, after conferring, the parties hereto believe the below schedule is fair and reasonable.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the parties hereto, through their undersigned counsel, as follows:

1. Defendants Perrigo, Papa, and Brown shall move, answer, or otherwise respond to the complaints in the Individual Actions on or before November 6, 2018; and

2. In the event that any defendant moves to dismiss any complaint in the Individual

Actions:

    (a)    Plaintiffs in the Individual Actions shall have until January 7, 2019 to serve opposition papers; and

    (b)    Defendants shall have until February 6, 2019 to serve reply papers in further support of their motion(s) to dismiss.

Dated: August 27, 2018

**SEEGER WEISS, LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
cseeger@seegerweiss.com

**KESSLER TOPAZ
MELTZER & CHECK LLP**
Darren J. Check
David Kessler
Matthew L. Mustokoff
Michelle M. Newcomer
Margaret E. Mazzeo
Joshua A. Materese
280 King of Prussia Road
Radnor, PA 19087
Telephone: (610) 667-7706

*Attorneys for Plaintiffs in the Individual Actions*

**GREENBAUM ROWE SMITH & DAVIS LLP**

*/s/ Alan S. Naar*
Alan S. Naar
99 Wood Avenue South
Iselin, New Jersey 08830
Telephone: (732) 549-5600
Facsimile: (732) 549-1881
anaar@greenbaumlaw.com

**FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP**
James D. Wareham (*pro hac vice to be filed*)
James E. Anklam (*pro hac vice to be filed*)
801 17th Street, NW
Washington DC 20006
Telephone: (202) 639-7000
Facsimile: (202) 639-7003
james.wareham@friedfrank.com
james.anklam@friedfrank.com

Samuel P. Groner (*pro hac vice to be filed*)
One New York Plaza
New York, New York 10004
Telephone: (212) 859-8000
Facsimile: (212) 859-4000
samuel.groner@friedfrank.com

*Counsel for Defendant Perrigo Company plc*

4

**GIBSON, DUNN & CRUTCHER LLP**

*/s/ Reed Brodsky*
Reed Brodsky (*pro hac vice to be filed*)
Aric H. Wu (*pro hac vice to be filed*)
Marshall R. King
200 Park Avenue
New York, New York 10016-0193
Telephone: (212) 351-4000
Facsimile: (212) 351-4035
rbrodsky@gibsondunn.com
awu@gibsondunn.com
mking@gibsondunn.com

*Counsel for Defendant Joseph C. Papa*

**SULLIVAN & CROMWELL LLP**

*/s/ John L. Hardiman*
John L. Hardiman (*pro hac vice to be filed*)
Brian T. Frawley
Michael P. Devlin (*pro hac vice to be filed*)
125 Broad Street
New York, NY 10004
(202) 558-4000
hardimanj@sullcrom.com
frawleyb@sullcrom.com
devlinm@sullcrom.com

*Counsel for Defendant Judy L. Brown*

SO ORDERED THIS 28th DAY OF August, 2018

_____
Hon. Leda D. Wettre, U.S.M.J.