

**Greenbaum Rowe Smith & Davis LLP**

COUNSELORS AT LAW

METRO CORPORATE CAMPUS ONE
P.O. BOX 5600
WOODBRIDGE, NJ  07095-0988
(732) 549-5600     FAX (732) 549-1881

DELIVERY ADDRESS: 99 WOOD AVENUE SOUTH, ISELIN, NJ  08830-2712

INFO@GREENBAUMLAW.COM
WWW.GREENBAUMLAW.COM

ROSELAND OFFICE:
75 LIVINGSTON AVENUE
SUITE 301
ROSELAND, NJ 07068-3701
(973) 535-1600
FAX (973) 535-1698

NEW YORK OFFICE:
750 THIRD AVENUE
9TH FLOOR
NEW YORK, NY 10017
(212) 847-9858

ALAN S. NAAR
(732) 476-2530 - DIRECT DIAL
(732) 476-2531 - DIRECT FAX
ANAAR@GREENBAUMLAW.COM

September 6, 2018

<u>*Via ECF*</u>

Hon. Madeline Cox Arleo, U.S.D.J.
U.S. District Court
M. L. King, Jr. Federal Building & Courthouse
50 Walnut St., Room 2060
Newark, NJ  07102

      Re:    **First Manhattan Co. v. Perrigo Company plc, et als**
               **Civil Action No. 2:18-cv-2291**

Dear Judge Arleo:

      This firm, together with Fried, Frank, Harris, Shriver & Jacobson LLP, represents defendant Perrigo Company plc ("Perrigo") in the above-referenced case.  We write jointly on behalf of all parties.

      On July 27, 2018, your Honor resolved the motions to dismiss in the related class action pending before the Court (Roofers' Pension Fund v. Papa and Perrigo Company plc, No. 2:16-cv-2805 (MCA-LDW) (the "Roofers' Pension Fund case")).  The parties in the above-referenced case have agreed that, as set forth in greater detail in the enclosed Stipulation and [Proposed] Order, the issues and arguments raised in the briefing in connection with the motions to dismiss in the Roofers' Pension Fund case shall not be re-briefed in the above-referenced case but rather, for purposes of judicial efficiency, shall be treated as if such issues and arguments had been raised in motion(s) to dismiss in the above-referenced case and had been resolved in a similar fashion to the way those issues were resolved in the July 27, 2018 decision in the Roofers' Pension Fund case.

      The enclosed Stipulation and [Proposed] Order has been agreed to by all counsel.  The parties seek to have the Court "So Order" their agreement to resolve any issues decided in the July 27, 2018 decision in the Roofers' Pension Fund case.



Hon. Madeline Cox Arleo, U.S.M.J.
September 6, 2018
Page 2

    If the Stipulation meets with your Honor's approval, we respectfully request that you "So Order" it and have it entered on the Docket.

    Thank you for your time and consideration.

                                Respectfully yours,

                                Alan S. Naar

ASN:cd
cc:    All counsel of record (*via ecf*)